DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    Fax: (510) 637-3724
    robert.leach@usdoj.gov

Attorneys for United States of America

FILED
JUN 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JAMAIL SEWELL, <br><br> Defendans. | No. 4-19-70997 MAG <br><br> UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO SEAL COMPLAINT AND ARREST WARRANT <br><br> FILED UNDER SEAL |

    The United States respectfully applies for an order that the complaint and arrest warrant in this matter, and this application and any resulting order, be sealed until further order of the Court. These documents relate to an ongoing criminal investigation that is neither public nor fully known to all of the subjects of the investigation. Sealing is necessary to effectuate the arrest or surrender of the defendant. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

Dated: June 27, 2019

                                              Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              ROBERT S. LEACH
                                              Assistant United States Attorney

APPLIC. AND [PROPOSED] SEALING ORDER        1

Document No. 2
District Court
Criminal Case Processing

**[PROPOSED] SEALING ORDER**

On application of the United States, and good cause appearing, the Court HEREBY ORDERS that the complaint and arrest warrant in this matter and this application and any resulting order shall be sealed until further order of the Court. The United States Attorney's Office may share the indictment and arrest warrant with law enforcement personnel necessary to effect the arrest or surrender of the defendant.

IT IS SO ORDERED.

Dated: June 27, 2019

_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

APPLIC. AND [PROPOSED] SEALING ORDER         1